<s>Case 1:21-cv-10679-LTS   Document 6   Filed 01/31/22   Page 1 of 1</s>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADA RODRIGUEZ, Decedent, and ALBERTO BETANCOURT, personally, and as Legal Representative and Next of Kin of his mother ADA RODRIGUEZ, Decedent,<br><br>         Plaintiffs,<br><br>  -against-<br><br>UNITED STATES, et al.,<br><br>         Defendants. | 1:21-CV-10679 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 31, 2022, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for the reasons set forth in the Court's January 31, 2022 order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff Alberto Betancourt and note service on the docket.

SO ORDERED.

Dated: January 31, 2022
    New York, New York

            /s/ Laura Taylor Swain
            LAURA TAYLOR SWAIN
            Chief United States District Judge