Case 22-707, Document 35, 08/19/2022, 3368395, Page1 of 2

1:21-cv-10679-LTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Aug 19 2022

MANDATE

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of April, two thousand twenty-two,

---

Alberto Betancourt, personally, and as Legal Representative and Next of Kin of his mother Ada Rodriguez, Decedent,

Plaintiff - Appellant,

Ada Rodriguez, Decedent,

Plaintiff,

v.

United States, United States Congress, United States Department of Health and Human Services, Xavier Becerra, Secretary of U.S. Department of Health and Human Service, The U.S. Centers for Disease Control and Prevention, (CDC), Rochelle P. Walensky, Director of The U.S. Centers for Disease Control and Prevention (CDC), The World Trade Center Health Program, (WTC), M.D. John Howard, Acting Administrator of The World Trade Center Health Program (WTC), National Institute for Occupational Safety and Health, (NIOSH), New York State, New York State Congress, New York State Department of Health, New York City Department of Health and Mental Hygiene, Mount Sinai Hospital Corporation, Michael A. Crane, Saint Lukes Hospital at Mount Sinai Hospital, New York State Unified Court Systems, Joan Madden, New York State Supreme Court Judge, Eileen A. Rokower, New York State Supreme Court Judge, Kaufman, Borgeest & Ryan LLP, Eldar Mayouhas, Attorney, John Doe, Jane Doe,

Defendants - Appellees.

---

**ORDER**
Docket Number: 22-707

MANDATE ISSUED ON 08/19/2022

A notice of appeal was filed on April 05, 2022. Appellant's Form D-P was due April 15, 2022. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective May 19, 2022 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit